**No. 47752.**—Protests 34833–K, etc., of Marks & Rosenfeld, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise consists of plain white china articles embossed in the mold with decorative handles, and that they are similar in all material respects to those the subject of Abstract 47194, the claim at only 60 percent under paragraph 212 was sustained.

### NOVEMBER 19, 1942

**No. 47753.**—Protests 60553–K, etc., of Hochschild, Kohn & Co. Government's application for rehearing denied.

**No. 47754.**—Protest 961673–G of Great Lakes Foundry Sand Co. C. D. 685. Government's application for rehearing granted.

### BEFORE THE SECOND DIVISION, NOVEMBER 25, 1942

**No. 47755.**—Protests 20341–K, etc., of Daniel M. Hicks, Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *Green* v. *United States* (8 Cust. Ct. 173, C. D. 599) the claim for free entry under paragraph 1750 was sustained.

### BEFORE THE FIRST DIVISION, NOVEMBER 30, 1942

**No. 47756.**—Protest 45602–K of T. C. Weygandt Co. (New York).

Opinion by WALKER, J. The report of the Government chemist showed that the sample is a moulding wax composed of a mixture of animal or vegetable wax, chalk, small amounts of rosin and iron oxide, and that wax is the component of chief value.

On the record presented the collector was directed to reliquidate the entry, taking tax at the rate of 2 cents per pound on the total weight of the imported article, which is equal to the proportion of the highest rate prescribed in section 602½, *supra*, namely, 5 cents, in respect of the wax which the quantity by weight of such wax, namely, 40 percent, bears to the total weight of the imported article.